151 F.3d 1027
 Wilborn Jack Whitlatch v. Pechin Leasing Inc., P. Judge H.
Terry Grimes, J. Quint Salmon, J. Samuel Rodgers,
J. Roy A. House, J. Norman A. Shaulis, J. Carson
V.
Brown, J. Elliott, J. McCune, J. Hoffman, J. Johnson, J.
Tamila, J. Hester, J. Hudock, J. Fitzgerald, J. Marlowitz,
J. Cindrich, 3rd Circuit J. Stapleton, J. Lewis, J. Nygaard,
Fed. Magistrate J. Sensenich, James L. Coster, Calaiaro &
Corbett, Donald R. Calaiaro, Estate of John E. Bailey
 NO. 97-3559
 United States Court of Appeals,
Third Circuit.
 April 24, 1998
 Appeal From: W.D.Pa. ,No.96cv1529
 
 1
 Affirmed.